UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE JAMES LORENZ)

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No.: 06CR1581 |
| Plaintiff, ) | |
|  ) | **ORDER** |
| JOE PISCIOTTA, ) | |
| Defendant, ) | |

**IT IS HEREBY ORDERED,** good cause having been shown, that the criminal bond in the above-captioned case with respect to Defendant Joe Pisciotta be exonerated, and that the trust deed with respect to the property located at 13743 Camino Susana, El Cajon, California 92021 be released and reconveyed to Terry Lynn Pisciotta, and that all documents related to the release and reconveyance be mailed to Law Offices of Richard B. Rodriguez, 815 Third Avenue, Suite 207, Chula Vista, Ca 91911

**IT IS SO ORDERED**

Dated:  January 31, 2007

_____
Honorable James Lorenz
United States District Judge

**ORDER**